IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GRIXI MENDEZ, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. H-10-1755 |
| | § | |
| ANADARKO PETROLEUM | § | |
| CORPORATION, *et al.*, | § | |
| | § | |
| Defendants. | § | |

# FINAL JUDGMENT

For the reasons stated in this court's Memorandum and Opinion entered this date, this civil action is DISMISSED with prejudice.

This is a FINAL JUDGMENT.

SIGNED on December 20, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge